

**IN THE
TENTH COURT OF APPEALS**

No. 10-19-00143-CV

**IN THE GUARDIANSHIP OF CHRISTOPHER JAMES KLING,
AN INCAPACITATED PERSON**

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 489-G**

**MEMORANDUM OPINION**

Christopher James Kling's Guardian ad Litem filed an appellee's brief in this case, in which she argued that this appeal should be dismissed as moot. The Texas Health and Human Services Commission subsequently filed an "Appellant's Reply Brief," in which it states that it "agrees that this appeal should be dismissed as moot, and respectfully requests that this honorable Court grant the Commission such other and further relief to which it has shown itself to be entitled, either at law or in equity."

We construe the Commission's "Appellant's Reply Brief" as a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent a

party from seeking relief to which it would otherwise be entitled.  The motion is therefore granted, and the appeal is dismissed.


                                        REX D. DAVIS
                                        Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed October 2, 2019
[CV06]

